PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: JOSEPH CONFORA                                    Cr.: 04-00653-001

Name of Sentencing Judicial Officer:   Honorable Faith S. Hochberg
United States District Judge

Date of Original Sentence: 01/30/06

Original Offense: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371.

Original Sentence: Imprisonment - 20 months; Supervised Release - 3 years; Fine - $5,000; Restitution - $112,360.00; Special Assessment - $100

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/22/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states: **"The defendant shall pay a fine of $5,000 (interest waived). The fine is due immediately, and ordered to be paid in monthly installments of no less than $100, to commence 60 days after release of confinement.** |
| | Since the inception of supervision in August 2007, the offender has paid no money toward his fine obligation. |
| 2 | The offender has violated the supervision conditions which states: **The defendant shall make restitution in the amount totaling $112,360, to the following persons in the following amounts: T.S. - $47,000; G.L. - $15,000; S.C. - $6,255.00; L.D.P. - $34,805; and Discover Card Services - $9,300.00 (interest waived). The restitution is due immediately. In the event that restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $200, due in monthly installments over the term of supervised release."** |
| | The offender has paid a total of $600 towards his restitution obligation. As of the date of this writing, his current balance is $111,760. |

U.S. Probation Officer Action:

The offender cites personal financial hardship as the main reason why he has been unable to honor the monthly fine and restitution repayment schedule established by the Court at sentencing. An updated review of Confora's income, assets, liabilities, and monthly expenses was completed just prior to the submission of this report, which substantiates his assertion. As such, it is recommended that the Probation Office be allowed to continue to monitor the offender's personal finances throughout his term of supervised release to ensure that he continues to pay his fine and restitution as aggressively as his financial means permits. Any failure to do so would result in Court notification and/or the initiation of violation proceedings.

Respectfully submitted,

By: Justine Peterson
U.S. Probation Officer
Date: 03/05/08

*The court directs that additional action be taken as follows:*

[✓] No action is requested at this time. Instead, it is ordered that the Probation Office continue to monitor this offender's financial status to ensure that he continues to pay his Court ordered financial obligations as aggressively as his financial means permits. Any failure to do so will result in the initiation of violation proceedings.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

Signature of Judicial Officer

3/17/08
Date